**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| **TABITHA ALLEMAN,** individually and on behalf of similarly situated persons,<br><br>    Plaintiff,<br><br>v.<br><br>**PAPA MERCHANT VENTURES, LLC, and SAMEER MERCHANT,**<br><br>    Defendants. | **Case No. 5:20-cv-754**<br><br>**Jury Demanded** |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Tabitha Alleman, by and through their undersigned counsel and pursuant to F.R.C.P. 41(a)(1)(A)(i), hereby dismisses her claims against PAPA MERCHANT VENTURES, LLC, and SAMEER MERCHANT, without prejudice.

Respectfully submitted,

Forester Haynie PLLC
/s/ M. Black-Mathews
**Meredith Black Mathews** (Texas Bar No. 24055180)
**J. Forester** (Texas Bar No. 24087532)
400 N. St. Paul Street, Suite 700
Dallas, Texas 75201
(214) 210-2100 phone
(214) 346-5909 fax
Email: mmathews@foresterhaynie.com

## CERTIFICATE OF SERVICE

Service will be made on Defendants according with the Federal Rules of Civil Procedure.

/s/ M. Black-Mathews